UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

MR. SANDLESS FRANCHISE LLC,
                Defendant.

Case No. 1:18-cv-07549-PGG

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           January 10, 2019

                          Respectfully submitted,

                          By:_____
                          Joseph H. Mizrahi, Esq.
                          Cohen & Mizrahi LLP
                          300 Cadman Plaza West, 12 Fl.
                          Brooklyn, New York 11201
                          Phone:  (929) 575-4175
                          Fax:    (929) 575-4195
                          Email: Joseph@cml.legal
                          *Attorneys for Plaintiff*